[897 NE2d 1044, 868 NYS2d 563]

WILLIAM McCLEERY et al., Appellants, v CONSOLIDATED EDISON OF NEW YORK, INC., et al., Respondents.

Decided September 16, 2008

APPEARANCES OF COUNSEL

*Thomas Torto*, New York City, for appellants.

*Wilson, Elser, Moskowitz, Edelman & Dicker LLP*, New York City (*Richard Lerner* and *Melissa Murphy-Petros* of counsel), for respondents.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and defendants' motion for summary judgment denied. We agree with the dissenting justices at the Appellate Division that the injured plaintiff presented issues of fact as to how his foot was crushed and whether his injuries were a result of the Consolidated Edison driver's negligence, which preclude the grant of summary judgment to defendants.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.